1   FREDRICK A. HAGEN (Cal. Bar No. 196220)
    Berding & Weil LLP
2   2175 N. California Blvd., Suite 500
    Walnut Creek, CA 94596
3   fhagen@berdingweil.com
    Tel: (925) 838-2090
4
    JOHN J. VECCHIONE (*pro hac vice*)
5   KARA M. ROLLINS (*pro hac vice*)
    New Civil Liberties Alliance
6   1225 19th St. NW, Suite 450
    Washington, D.C. 20036
7   John.vecchione@ncla.legal, Kara.rollins@ncla.legal
    Tel: (202) 918-6902, (202) 908-6203
8
    *Counsel for Defendants*
9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKAND DIVISION
11

12  FEDERAL TRADE COMMISSION,        )   Case No. 3:22-cv-7307
                                     )
13              Plaintiff,           )
                                     )   **STIPULATION FOR EXTENSION OF**
14              vs.                  )   **TIME TO FILE AN ANSWER TO THE**
                                     )   **COMPLAINT**
15  PRECISION PATIENT OUTCOMES, INC., )
          a corporation; and        )
16                                   )
    MARGRETT PRIEST LEWIS,           )
17        Individually and as CEO of Precision )
          Patient Outcomes, Inc.,    )
18                                   )
                Defendant(s).        )
19                                   )
                                     )
20                                   )
                                     )
21  _____ )

22          **STIPULATION FOR EXTENSION OF TIME TO FILE**

23                **AN ANSWER TO COMPLAINT**

24          Pursuant to Local Rule 6-1(a), Defendants file this stipulation to extend the deadline to

25  file their answer to Plaintiff's January 13, 2023, First Amended Complaint. *See* ECF No. 15.

26  Counsel for Defendants and Plaintiff have conferred and hereby stipulate that the deadline for

27  Defendants' answer to the First Amended Complaint shall be extended by one week until

28  Friday, February 3, 2023. Pursuant to Local Rule 6-1(a), Defendants and Plaintiff confirm that

STIPULATION FOR EXTENSION TO FILE ANSWER          CASE NO.: 3:22-cv-7307

1 the extension stipulated herein will not alter the date of any event or deadline already fixed by

2 Court order.

3                                    Respectfully Submitted,

4 January 23, 2023                                    /s/ John J. Vecchione
                                                     John J. Vecchione (pro hac vice pending)
5                                                    Kara M. Rollins (pro hac vice pending)
                                                     New Civil Liberties Alliance
6                                                    1225 19th St. NW, Suite 450
                                                     Washington, D.C. 20036
7                                                    John.vecchione@ncla.legal
                                                     Tel: (202) 918-6902
8

9                                                    /s/ Fredrick A. Hagen
                                                     Fredrick A. Hagen (Cal. Bar No. 196220)
10                                                   Berding & Weil LLP
                                                     2175 N. California Blvd., Suite 500
11                                                   Walnut Creek, CA 94596
                                                     fhagen@berdingweil.com
12                                                   Tel: (925) 838-2090

13                                                   *Counsel for Defendants*

14
                                                     /s/ Abdiel T. Lewis
15                                                   Abdiel T. Lewis
                                                     Evan Rose
16                                                   Federal Trade Commission
                                                     Western Region San Francisco
17                                                   90 7th St., Suite 14-300
                                                     San Francisco, CA 94103
18                                                   Tel.: (415) 848-5100

19
                                                     *Counsel for Plaintiff*
20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION TO FILE ANSWER          CASE NO.: 3:22-cv-7307

Page 2 of 2