ABDIEL T. LEWIS (Cal. Bar No. 339339)
EVAN ROSE (Cal. Bar No. 253478)
Federal Trade Commission
Western Region San Francisco
90 7th St., Suite 14-300
San Francisco, CA 94103
alewis4@ftc.gov, erose@ftc.gov
Tel.: (415) 848-5100

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PRECISION PATIENT OUTCOMES, INC., a corporation; and <br><br> MARGRETT PRIEST LEWIS, individually and as CEO of Precision Patient Outcomes, Inc., <br><br> Defendants. | Case No.: 3:22-cv-7307-VC <br><br> **FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTION, MONETARY RELIEF, CIVIL PENALTY JUDGMENT, AND OTHER RELIEF** |

Plaintiff, the Federal Trade Commission ("Commission" or "FTC"), for its Complaint alleges:

1.     Plaintiff brings this action under Sections 5(a)(1), 5(m)(1)(A), 12, 13(b), 16(a)(1), and 19 of the FTC Act, 15 U.S.C. §§ 45(a)(1), 45(m)(1)(A), 52, 53(b), 56(a)(1), 57b, and the COVID-19 Consumer Protection Act ("COVID-19 Act"), Section 1401, Division FF, of the Consolidated Appropriations Act, 2021, Pub. L. No. 116-260, which authorize the Plaintiff to seek, and the Court to order, permanent injunctive relief, monetary relief, civil penalties, and other relief for Defendants' acts or practices in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a), 52. The alleged violations are in connection with Defendants' claims that

vitamin supplements that Defendants manufacture and sell are proven to treat, prevent, or mitigate COVID-19.

## SUMMARY OF CASE

2.      Defendants have developed, labeled, advertised, marketed, distributed, offered for sale, or sold a dietary supplement under the names COVID Resist and VIRUS Resist. The product contains 500 milligrams of Vitamin C, 37 micrograms of Vitamin D3, 37 micrograms of Vitamin K2, 35 milligrams of Zinc, and 500 milligrams of Quercetin Dihydrate.

3.      Defendants have explicitly or implicitly claimed that COVID Resist/VIRUS Resist can treat, prevent, or mitigate COVID-19. Defendants have further claimed that there is research and studies to support their health claims. Defendants lack any reasonable basis for their health claims and misrepresent the research and studies they allege support their health claims.

4.      The Commission notified Defendants that deceptive advertising associated with the treatment, cure, prevention, or mitigation of COVID-19 violates the FTC Act and the COVID-19 Act. Defendants nonetheless continued to make false and unsubstantiated COVID-19-related health claims. The Commission therefore files this suit to seek permanent injunctive relief, monetary relief, a civil penalty judgment, and other relief in order to prevent the harms caused by Defendants' ongoing misrepresentations.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it arises under the laws of the United States. It also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1337(a) because it arises under an Act of Congress regulating interstate commerce or protecting trade and commerce against restraints and monopolies, and under 28 U.S.C. § 1345 because the FTC is the Plaintiff.

6.      The Court has personal jurisdiction over Defendants because both Defendants reside in this District and because the alleged acts giving rise to the claim occurred in this District.

7.     Venue is proper in this District under 28 U.S.C. §§ 1391(b)(1), (b)(2), (c)(1), (c)(2), and (d), and 15 U.S.C. § 53(b) because Defendants reside or transact business in this District, Defendants reside in California, and because a substantial part of the events or omissions giving rise to the claims occurred in this District. Pursuant to Civil L.R. 3-3(c) venue is proper in the Oakland Division because a substantial part of the events or omissions which give rise to the claims occurred in the Oakland Division.

## **DEFENDANTS**

8.     Defendant Precision Patient Outcomes, Inc. ("PPO"), is a California corporation with its principal office or place of business at 808 Gilman Street, Berkeley, California 94710. PPO transacts or has transacted business in this District and throughout the United States. At all times material to this Complaint, acting alone or in concert with others, PPO has advertised, marketed, distributed, offered for sale, or sold dietary supplements, COVID Resist and/or VIRUS Resist, to consumers throughout the United States.

9.     Defendant Margrett Priest Lewis ("Lewis") is PPO's co-founder, Chief Executive Officer, Chief Financial Officer, Director, and Secretary. At all times relevant to this Complaint, acting alone or in concert with others, she has formulated, directed, controlled, had the authority to control, or participated in the acts and practices of PPO, including the acts and practices set forth in this Complaint. As alleged below, Lewis has been actively involved in PPO's business affairs and developed COVID Resist and VIRUS Resist. She has participated in the promotion of COVID Resist and VIRUS Resist through, among other things, PPO's website, posts on PPO's Facebook, Instagram, and TikTok accounts, her personal social media accounts, sales calls with potential customers, and personal appearances in videos posted on Facebook, Instagram, and TikTok. Lewis is quoted in these social media posts and videos about the purported efficacy of COVID Resist and VIRUS Resist to treat, prevent, or mitigate COVID-19. Lewis has been involved in all aspects of offering the sale of or selling COVID Resist and VIRUS Resist to consumers throughout the United States, including labeling, advertising, marketing, and distribution. She resides in this District and, in connection with the matters alleged herein, transacts or has transacted business in this District and throughout the

United States.

## COMMERCE

10.     At all times relevant to this Complaint, Defendants have maintained a substantial course of trade in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

## DEFENDANTS' BUSINESS ACTIVITIES

### *Defendants' Communications with the FTC and Their Response*

11.     In or around May 2021, Defendants began advertising, marketing, and offering the sale of COVID Resist on their website, www.ppo-health.com. Defendants made deceptive health claims on their website and social media pages that COVID Resist can treat, prevent, or mitigate COVID-19.

12.     PPO sent a letter dated May 5, 2021, to the Acting Chair of the Commission. Lewis signed the letter as PPO's CEO. *(Ex. 1).*

13.     Defendants' letter stated that they were "planning to launch COVIDresist$^{TM}$, a multi-vitamin or dietary supplement, and invite[d] the FTC staff to review [Defendants'] website at: https://ppo-health.com."

14.     Defendants' letter stated that their "statements are supported with competent and reliable scientific evidence" and that the products they sell are "clearly in compliance with the FTC, [the Dietary Supplement Health and Education Act of 1994], and [the Food and Drug Administration's] regulations."

15.     Defendants requested a "written, detailed response" if the Commission had any issue with the website, product labels, or other promotional materials. Defendants concluded that if they did not receive a response, they would "trust that [they] are in compliance."

16.     On May 18, 2021, the Commission sent Defendants a written, detailed response. (*Ex. 2*). The Commission's response explained that the Commission "does not pre-review advertising materials to opine on their compliance with the FTC Act or any other applicable laws" and that it is "the advertiser's sole responsibility to ensure compliance with truth-in-advertising laws and [that Defendants] should consult legal counsel if [they] seek an opinion on

the legality of [their] advertising."

17.     The Commission's response directed Defendants to several publicly available resources that help marketers stay in compliance with the FTC Act, including the Commission's advertising guide for dietary supplements.

18.     The Commission's response informed Defendants of the Commission's Policy Statement on Deception, which explains the framework the FTC uses to determine whether advertising is deceptive, including the manner in which the Commission evaluates the "net impression" of ads considering all visual, textual, and aural elements of an ad.

19.     The Commission's response also included specific information on the Commission's efforts to protect consumers from deceptive claims about products that claim to treat, cure, prevent, or mitigate COVID-19. It included a link to the roughly 400 warning letters the Commission had sent to marketers advising that it is unlawful to advertise that products can prevent, treat, or cure human disease unless they possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made.

20.     The Commission's response notified Defendants that the Commission "sent numerous warning letters to marketers of supplements that include one or more of the same ingredients as [Defendants'] proposed COVIDresist supplement."

21.     The Commission's response also notified Defendants of a recent enforcement action taken by the Commission against a chiropractor who claimed that Vitamin D and Zinc (both of which are ingredients in Defendants' products) were scientifically proven to treat or prevent COVID-19. The response notified Defendants that this was the "first enforcement action under the recently-enacted COVID-19 Consumer Protection Act, Section 1401, Division FF, of the Consolidated Appropriations Act, 2021, P.L. 116-260."

22.     The Commission's response notified Defendants that, "[p]ursuant to this law, marketers who make deceptive claims about the treatment, cure, prevention, or mitigation of COVID-19 are subject to a civil penalty of up to $43,792 per violation and may be required to pay back money to consumers."

23.    After receiving the Commission's response letter, Defendants changed the name of their product from COVID Resist to VIRUS Resist. Although Defendants removed the word "COVID" from their product name, they continued to explicitly or implicitly claim that VIRUS Resist can treat, prevent, or mitigate COVID-19.

24.    In or around September 2021, Defendants created a new website, www.ppolab.com. This new website also advertised, promoted, and sold the product under the VIRUS Resist name.

25.    Despite the Commission's letter, Defendants continued to advertise and market VIRUS Resist as a proven immunity booster that can treat, prevent, or mitigate COVID-19.

### *COVID Resist and VIRUS Resist*

26.    COVID Resist and VIRUS Resist are the same product. According to Defendants, each capsule of COVID Resist/VIRUS Resist consists of 500 milligrams of Vitamin C, 37 micrograms of Vitamin D3, 37 micrograms of Vitamin K2, 35 milligrams of Zinc, and 500 milligrams of Quercetin Dihydrate. *(Exs. 3, 4).*

27.    COVID Resist/VIRUS Resist is an ingestible product offered for sale in capsule form. Each bottle of COVID Resist/VIRUS Resist contains 60 capsules. *(Exs. 3, 4).*

28.    Defendants instruct consumers to "take two (2) capsules daily, preferably with a meal, or as directed by your physician." (*Exs. 3, 4*).

29.    Defendants have offered to sell COVID Resist/VIRUS Resist for $34.95 a bottle. Defendants have offered discounts for their product under both names, including when consumers sign up for a subscription plan, and when consumers use the promotional code "Resilience" when purchasing from the company's websites.

### *Defendants' Marketing of COVID Resist and VIRUS Resist*

30.    On March 2, 2021, PPO filed an application to trademark COVID Resist.

31.    On May 25, 2021, PPO filed an application to trademark VIRUS Resist.

32.    Beginning no later than May 2021, Defendants advertised the sale of COVID Resist on their website, ppo-health.com. Their website depicted images of COVID Resist bottles, identified the formula and ingredients, and stated that there was research to support their

claims. Specifically, the website included a page titled "Our Research" with quotes and references that Defendants claim support their claims.

33.     Shortly after receiving the Commission's response letter, Defendants also began advertising VIRUS Resist on their website, ppo-health.com.

34.     Thereafter, Defendants stopped advertising COVID Resist on ppo-health.com. Defendants began to replace images of and references to COVID Resist with images of and references to VIRUS Resist. The website, however, continued to include COVID-19-related health claims about COVID Resist, even though it was no longer offered for sale on the website.

35.     In or around September 2021, Defendants created a new website, ppolab.com. Defendants only sold VIRUS Resist on their new website. Although Defendants did not advertise the sale of COVID Resist on their new website, they nonetheless made COVID-19-related health claims about COVID Resist on ppolab.com.

36.     In or around December 2021, Defendants automatically redirected anyone visiting ppo-health.com to their new website, ppolab.com.

37.     Between May 2021 and June 2022, PPO has promoted its product, initially COVID Resist and then VIRUS Resist, on its social media pages, including Facebook, Instagram, and TikTok.

38.     Lewis also has promoted COVID Resist and VIRUS Resist on her personal social media pages, including Facebook, Instagram, and TikTok.

39.     To induce consumers to purchase COVID Resist/VIRUS Resist, Defendants have represented that their product treats, prevents, or mitigates COVID-19. Defendants also have represented that COVID Resist/VIRUS Resist is scientifically proven to treat, prevent, or mitigate COVID-19. For example, Defendants' websites and social media pages have contained the following statements and depictions:

A.     **Website PPO-Health.com (captured Oct. 4, 2021)**

- "COVIDresist Boosting Your Immunity, Naturally." *(Ex. 5).*
- "VIRUS resist$^{TM}$ provides a foundation for a healthy immune system, boosting the effectiveness of your body's natural defenses against the

virus and aiding the protection provided by the vaccine." *(Ex.6; page 16)*.

- Under an image of a bottle and label of VIRUS Resist, Defendants state: "Research & Studies

…

We're committed to evidence-based products and cite our sources.

…

Vitamin D: 'The rationale for using vitamin D is based largely on immunomodulatory effects that could potentially protect against COVID-19 infection or decrease the severity of illness.' https://www.covid19treatmentguidelines.nih.gov/supplements/vitamin-d/

…

Zinc: 'Zinc 30-50 mg/day (elemental zinc). Zinc is essential for innate and adaptive immunity. In addition, Zinc inhibits RNA dependent RNA polymerase *in vitro* against SARS-CoV-2 virus.' https://www.evms.edu/media/evms_public/departments/internal_medicine/Marik_Critical_Care_COVID-19_protocol.pdf.

…

Quercetin: 'Quercetin has direct viricidal properties against a range of viruses, including SARS-CoV-2, and is a potent antioxidant and anti-inflammatory agent….' https://www.evms.edu/media/evms_public/departments/internal_medicine/Marik_Critical_Care_COVID-19_Protocol.pdf." *(Ex. 6; page 17)*.

- On the website's homepage, which describes VIRUS Resist and includes multiple images of bottles of VIRUS Resist, under a section titled "Blog" Defendants state: "Vitamins You Need Before Your

COVID Vaccine, Doctor Says … Myers said research he collected with his co-author, Grace McComsey, MD, 'indicates that insufficient levels of vitamin K2 … are directly related to our susceptibility to COVID-19 and the seriousness of the outcomes...'" *(Ex. 6; page 18).*

- "There is a dearth of research and information on what supplements would assist the immune system for respiratory diseases, including COVID. There is, however, evidence that suggests the supplements in the Marik COVID-19 Prophylaxis Protocol (Quercetin, Zinc, Vitamin D and Vitamin C) may act synergistically against respiratory viruses, including COVID." (*Ex. 7*).

- On a page titled "Our Research" Defendants explain "the reasoning behind why [they] chose [their] ingredients…why you should still take the COVID resist supplement despite getting vaccinated… how Americans have been impacted by anxiety and mental health issues during the pandemic, and how COVID resist can help alleviate some of the concerns about returning to post pandemic life." Defendants then provide a series of quotes, including, but not limited to:

"The following 'cocktail' may have a role in the prevention/mitigation of COVID-19 disease. This cocktail is inexpensive, safe, and widely available' ... 'Vitamin D3 2000-4000 iu/day …Vitamin C 500 mg (twice daily) … Quercetin 250-500 mg (twice daily) … Zinc (maintenance dose) (…) 30-50 mg/day.' *Marik Protocol: Eastern Virginia Medical School.*

…

"Zinc, Vitamin D and Vitamin C: Perspectives for COVID-19 With a Focus on Physical Tissue Barrier Integrity .... 'Some nutrients play key roles in maintaining the integrity and function of the immune system, presenting actions in steps determinant for the immune

response. Among these elements, zinc and vitamins C and D stand
out for having immunomodulatory functions and playing roles in
preserving physical tissue barriers (…) Thus, during the COVID-19
pandemic, the adequate intake of zinc and vitamins C and D may
represent a promising pharmacological tool due to the high demand
for these nutrients in the case of contact with the virus and onset of
the inflammatory process. Ongoing clinical trials will help to clarify
the role of these nutrients for COVID-19 management.'
https://www.frontiersin.org/articles/10.3389/fnut.2020.606398/ful"
*(Ex. 8; page 23).*

B.   **Website PPOLab.com (captured Oct. 4, 2021)**

- Next to an image of VIRUS Resist, Defendants state: "'A dose of this
  formula a day keeps viruses away' … and their variants. Take
  COVID resist$^{TM}$ daily or for pre-exposure prophylaxis (PrEP), post
  exposure prophylaxis (PEP), or as a therapeutic." *(Ex. 9).*

- Under a section titled "Our Research" and next to an image of a bottle
  of VIRUS Resist, Defendants state: "A Medical Protocol Published in
  2020 By The Eastern Virginia Medical School, Showed That A
  Powerful Cocktail Of Over The Counter Vitamins Could
  Significantly Reduce The Mortality And Severity Of Illness From
  COVID-19. Our Formula Follows The Same Recipe That This
  Protocol Dictates." (*Ex. 10).*

- Under a section titled "OUR EDGE" and next to an image of a bottle
  of VIRUS Resist, Defendants state: "Proprietary Immune-Boosting
  Blend … Our proprietary blend of Vitamins C, D, K, Zinc, and
  Quercetin is formulated based on data from clinical studies." (*Ex. 11).*

- Under a section titled "WHY OUR INGREDIENTS" and next to an
  image of a bottle of VIRUS Resist, Defendants state: "Vitamin D

could potentially protect against COVID-19 infection and deficiencies have been linked to more serious infections. It's as essential as sunshine." (*Ex. 12).*

C.     **Facebook PPO Cover Page (captured Jan. 7, 2022)**

- PPO's Facebook page included an image with the words "Introducing COVIDresist<sup>TM</sup>" next to a medical facemask emblazoned with the words "WE WILL WIN." (*Ex. 13).*

D.     **Facebook PPO May 3, 2021 (captured July 12, 2021)**

- Defendants posted an image of COVID Resist's label, which states: "COVID Resist … Clinically Formulated For Resiliency…Builds Immunity … Balance Deficiencies … Respiratory Resilience." *(Ex. 4).*

E.     **Facebook PPO May 4, 2021 (captured Jan. 7, 2022)**

- On a post that included an image of a bottle of COVID Resist, Defendants stated: "COVIDRESIST<sup>TM</sup> IS NOT A SUBSTITUTE FOR VACCINES, MASKS, NOR SOCIAL DISTANCING. IT IS ANOTHER LAYER OF PERSONAL PROTECTION TO BE USED IN ADDITION TO VACCINES, MASKS, & SOCIAL DISTANCING." The image included a comment with the hashtags "#covidresist #commonsenseimmunity." *(Ex. 14).*

F.     **Facebook PPO Aug. 27, 2021 (captured Jan. 10, 2022)**

- Defendants posted a video of Lewis promoting VIRUS Resist, and included the comment: "For all of us that are trying to keep our immune system strong, healthy and Abell [sic] to handle everything that's going on. Please, consider Virus Resist." *(Ex. 15).*

G.     **Facebook PPO Aug. 27, 2021 (captured Jan. 19, 2022)**

- In a video, Lewis states: "Our Virus Resist is a boost to your immune system … Take your vitamins, because vitamins keep viruses away.

So, vitamins are your best way to keep it away. Keep your immune [sic] strong." Defendants include the hashtags "#VirusResist #immunebooster #HealthEngineering #broadspectrum #AllNatural #Nontoxic." *(Ex. 16).*

### H.   **Instagram PPO Nov. 8, 2021 (captured Jan. 10, 2022)**

- Days after it was publicly announced that NFL quarterback Aaron Rodgers had tested positive for COVID-19, Defendants posted a video of Rodgers stating: "I'm thankful for my medical squad…I've been taking monoclonal antibodies, ivermectin, zinc, Vitamin C and D, HCQ, and I feel pretty incredible." Defendants captioned the video: "NFL Quarterback Aaron Rodgers explained on Sunday that his world class medical staff has him taking Vitamin C, Zinc and Vitamin D to help boost his immune system. These are three of the main ingredients now found in our product Virus Resist! Find it now at: ppolab.com." *(Ex. 17).*

### I.   **Instagram PPO Nov. 9, 2021 (captured Jan. 10, 2022)**

- Defendants posted a video of podcaster Joe Rogan asking Dr. Mark Gordon, "If you're going to put someone on a preventative protocol for COVID, you would recommend Quercetin… at what dose?" Defendants captioned the video, "Dr Mark Gordon, MD recommends taking 500 mg of Quercetin and 30 mg of Zinc to promote immune health. These are the exact dosages of Quercetin and Zinc found in our product Virus Resist! Get it now at PPOLAB.com or https://www.amazon.com/stores/PrecisionPatientOutcomes/page/050 591FD-A52A-416B-92D3-15F4e7A5CA18?ref_=ast_bln." *(Ex. 18).*

### J.   **Facebook PPO Nov. 12, 2021 (captured Jan. 19, 2022)**

- Defendants posted a video of Dr. Rhonda Patrick on Joe Rogan's podcast stating, "In Indonesia… almost one hundred percent… of

patients that die with COVID-19 were Vitamin D deficient. Only four percent were Vitamin D sufficient." Defendants captioned the video, "Dr. Rhonda Patrick, Ph.D in Biomedical Science, explains the importance of Vitamin D supplementation for boosting the bodies [sic] immune system. Our product Virus Resist contains 37 mcg's of Vitamin D3 per serving! Find it now at PPOLAB.com." (*Ex. 19*).

40.   There are no competent and reliable human clinical studies substantiating that COVID Resist/VIRUS Resist is effective in the treatment, prevention, or mitigation of COVID-19.

41.   Defendants cite to scientific studies, but ignore the studies' conclusions and limitations and instead rely on them for specific, deceptive claims about the quantitative efficacy of their product and the ingredients in their product. For example:

A.   Defendants cite a National Institute of Health ("NIH") webpage to support their claims regarding the efficacy of Vitamin D to treat, prevent, or mitigate COVID-19. The very first sentence of the webpage — titled "Recommendation" — states: "There is insufficient evidence to recommend either for or against the use of vitamin D for the prevention or treatment of COVID-19." Although there are observational studies that have explored correlations between low Vitamin D levels and an elevated risk of infection or severe illness from the coronavirus, such observational studies are not designed, and do not prove causation, *i.e.*, that Vitamin D supplementation causes positive health outcomes in connection with COVID-19.

B.   Defendants cherry-picked quotes from an article to support their claims about the efficacy of Vitamin C, failing to include the article's warning that the studies relied on "had a small number of participants, had a short duration (only 3 days) and did not investigate the effects of using vitamin C alone." The article also states that "[d]espite the limitations of these

studies with COVID-19 patients, their results highlight the importance of a more detailed investigation of the use of vitamin C in this disease treatment, since this micronutrient plays a key role in the development, maintenance and expression of the immune response, factors that affect the risk and severity of viral infection, such as SARS-CoV-2."

C.    To support their claims related to Vitamin K, Defendants quote a lifestyle website's interview of the authors of the book "Simplifying the COVID Puzzle: How Two Essential Vitamins Fortify the Immune System." Defendants, however, fail to cite or quote from the book itself, which specifically states that "[s]tatements made in this work have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease."

D.    Contrary to Defendants claims, the sole published, completed randomized clinical trial investigating the efficacy of Zinc as a preventive or treatment for COVID-19 found no therapeutic benefit; and there are no reliable published studies to support Defendants' claims regarding the efficacy of Quercetin to treat, prevent, or mitigate COVID-19.

42.    Based on the facts and violations of law alleged in this Complaint, the FTC has reason to believe that Defendants are violating or are about to violate the FTC Act and the COVID-19 Act.

## THE FTC ACT

43.    Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce."

44.    Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

45.    Section 12 of the FTC Act, 15 U.S.C. § 52, prohibits the dissemination of any false advertisement in or affecting commerce for the purpose of inducing, or which is likely to induce, the purchase of food, drugs, devices, services, or cosmetics. For the purposes of Section

12 of the FTC Act, 15 U.S.C. § 52, COVID Resist/VIRUS Resist is a "food" or "drug" as defined in Section 15(b) and (c) of the FTC Act, 15 U.S.C. §§ 55(b), (c).

## **THE COVID-19 ACT**

46.     Under Section (b)(1) of the COVID-19 Act, for the duration of the ongoing novel coronavirus (COVID-19) public health emergency, it is unlawful for any person, partnership, or corporation to engage in a deceptive act or practice in or affecting commerce in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), that is associated with the treatment, cure, prevention, mitigation, or diagnosis of COVID-19. COVID-19 Act, § 1401(b)(1).

47.     On January 31, 2020, Secretary of Health and Human Services Alex M. Azar II, pursuant to his authority under section 319 of the Public Health Service Act, Pub. L. No. 104-321, codified at 42 U.S.C. § 247d, declared a public health emergency after he determined that a public health emergency exists and has existed since January 27, 2020, nationwide, because of the 2019 novel coronavirus (COVID-19).

48.     The COVID-19 Act became law on December 27, 2020. As of the date of the filing of this complaint, the public health emergency remains in effect.

49.     A violation of Section (b)(1) of the COVID-19 Act is treated as a violation of a rule defining an unfair or deceptive act or practice prescribed under section 18(a)(1)(B) of the FTC Act, 15 U.S.C. § 57a(a)(1)(B).  COVID-19 Act, § 1401(c)(1).

50.     Each dissemination of an advertisement in which Defendants violated the COVID-19 Act by making one or more of the deceptive representations described above after December 27, 2020, constitutes a separate violation for which Plaintiff seeks monetary civil penalties.

51.     Defendants violated the COVID-19 Act as described above, with the knowledge required by Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A).

52.     Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A), as modified by Section 4 of the Federal Civil Penalties Inflation Adjustment Act of 1990, 28 U.S.C. § 2461, the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, Public Law 114-74, sec. 701, 129 Stat. 599 (2015), and Section 1.98(d) of the FTC's Rules of Practice,

16 C.F.R. § 1.98(d), authorizes this Court to award monetary civil penalties of not more than $50,120 for each violation of the COVID-19 Act after January 11, 2023, including penalties whose associated violation predated January 11, 2023.

## COUNT ONE

### FTC Act: False or Unsubstantiated Efficacy Claims —
### COVID Resist and VIRUS Resist

53.    In numerous instances in connection with the advertising, marketing, promotion, offering for sale, or sale of COVID Resist/VIRUS Resist, including through the means described in Paragraphs 39-41 of this Complaint, Defendants have represented, directly or indirectly, expressly or by implication, that COVID Resist/VIRUS Resist can treat, prevent, or mitigate COVID-19.

54.    On or after December 27, 2020, Defendants made the representations set forth in Paragraph 53, which are associated with the treatment, prevention, or mitigation of COVID-19.

55.    The representations set forth in Paragraph 53 are false or misleading, or were not substantiated at the time the representations were made.

56.    Therefore, the making of the representations as set forth in Paragraph 53 of this Complaint constitutes a deceptive act or practice and the making of false advertisements in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a), 52.

57.    Defendants committed the violations set forth in Paragraph 53 with the knowledge required by Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A).

## COUNT TWO

### FTC Act: False Scientific Proof Claims —
### COVID Resist and VIRUS Resist

58.    In numerous instances in connection with the advertising, marketing, promotion, offering for sale, or sale of COVID Resist/VIRUS Resist, including through means described in Paragraphs 39-41 of this Complaint, Defendants have represented, directly or indirectly, expressly or by implication, that COVID Resist/VIRUS Resist is scientifically proven to treat, prevent, or mitigate COVID-19.

59.     On or after December 27, 2020, Defendants made the representations set forth in Paragraph 58, which are associated with the treatment, prevention, or mitigation of COVID-19.

60.     In truth and in fact, no well-controlled human clinical study has been conducted on the efficacy of COVID Resist/VIRUS Resist, or its individual ingredients, to treat, prevent, or mitigate COVID-19, and COVID Resist/VIRUS Resist is not scientifically proven to treat, prevent, or mitigate COVID-19.

61.     Therefore, the making of the representations as set forth in Paragraph 58 of this Complaint constitutes a deceptive act or practice and the making of false advertisements in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a), 52.

62.     Defendants committed the violations set forth in Paragraph 58 with the knowledge required by Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A).

## CONSUMER INJURY

63.     Consumers are suffering, have suffered, and likely will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act. Absent injunctive relief by this Court, Defendants are likely to continue to injure consumers and harm the public interest.

## PRAYER FOR RELIEF

Wherefore, Plaintiff, pursuant to Sections 5(a)(1), 5(m)(1)(A), 12, 13(b), 16(a)(1), and 19 of the FTC Act, 15 U.S.C. §§ 45(a)(1), 45(m)(1)(A), 52, 53(b), 56(a)(1), 57b, Section 1401(c)(2)(A) of the COVID-19 Act, and the Court's own equitable powers, requests that the Court:

A.     Enter a permanent injunction to prevent future violations of the FTC Act and the COVID-19 Act by Defendants;

B.     Award monetary and other relief within the Court's power to grant;

C.     Award Plaintiff monetary civil penalties from Defendants for each violation of Section 5(a) of the FTC Act pursuant to the COVID-19 Act; and

D.     Award Plaintiff any additional relief as the Court determines to be just and proper.

1

2

3    Dated: January 13, 2023                    ___/s/ Abdiel T. Lewis_____

4                                               ABDIEL T. LEWIS
                                                EVAN ROSE
5                                               Federal Trade Commission
                                                Western Region San Francisco
6                                               90 7th St., Suite 14-300
                                                San Francisco, CA 94103
7                                               Tel.: (415) 848-5100

8                                               Attorneys for Plaintiff
                                                FEDERAL TRADE COMMISSION
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TABLE OF EXHIBITS

| Page | Exhibit | Description |
| --- | --- | --- |
| 1 | 1 | May 5, 2021 letter sent from Margrett Lewis, as CEO of PPO, to the Acting Chair of the Commission |
| 6 | 2 | May 18, 2021 letter sent from the Commission to Margrett Lewis, as CEO of PPO |
| 9 | 3 | Screen capture of ppolab.com's product page for Virus Resist (captured Sept. 28, 2021) |
| 11 | 4 | Screen capture of May 3, 2021 Facebook post by PPO (captured July 12, 2021) |
| 13 | 5 | Screen capture of ppo-health.com's "Cart" page (captured Oct. 4, 2021) |
| 15 | 6 | Screen capture of ppo-health.com's home page (captured Oct. 4, 2021) |
| 19 | 7 | Screen capture of ppo-health.com's "About Us" page (captured Oct. 4, 2021) |
| 21 | 8 | Screen capture of ppo-health.com's "Our Research" page (captured Oct. 4, 2021) |
| 27 | 9 | Screen capture of ppolab.com's product page for Virus Resist (captured Oct. 4, 2021) |
| 29 | 10 | Screen capture of ppolab.com's product page for Virus Resist (captured Oct. 4, 2021) |
| 31 | 11 | Screen capture of ppolab.com's product page for Virus Resist (captured Oct. 4, 2021) |

| 33 | 12 | Screen capture of ppolab.com's home page (captured Oct. 4, 2021) |
|----|----|----|
| 35 | 13 | Screen capture of the PPO's Facebook cover page (captured Jan. 7, 2022) |
| 37 | 14 | Screen capture of May 4, 2021 Facebook post by PPO (captured Jan. 7, 2022) |
| 39 | 15 | Screen capture of Aug. 27, 2021 Facebook post by PPO (captured Jan. 10, 2022) |
| 41 | 16 | Screen capture of Aug. 27, 2021 Facebook post by PPO (captured Jan. 19, 2022) |
| 43 | 17 | Screen capture of Nov. 9, 2021 Instagram post by PPO (captured Jan. 10, 2022) |
| 45 | 18 | Screen capture of Nov. 9, 2021 Instagram post by PPO (captured Jan. 10, 2022) |
| 47 | 19 | Screen capture of Nov. 12, 2021 Facebook post by PPO (captured Jan. 19, 2022) |