# Exhibit 1



Precision Patient Outcomes, Inc.
808 Gilman St
Berkeley, CA 94710

**May 5, 2021**

Honorable Rebecca Kelly Slaughter
Acting Chairwoman
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2222

**Re: Dietary supplement CovidResist™ – Follows E. Virginia Medical School Protocol**

Dear Acting Commissioner Rebecca Kelly Slaughter:

We are planning to launch COVIDresist™, a multi-vitamin or dietary supplement, and invite the FTC staff to review our website at: https://ppo-health.com. We believe our product(s) are not in violation of the FTC Act and we are in compliance with FTC and FDA and have included our reasoning below for your consideration.

COVIDresist™ multi-vitamin is clearly labeled and identified, to wit:



The natural components are: Vitamin C, Vitamin D, Vitamin K, Zinc and Quercetin. We discuss them in detail below. We clearly state, "COVIDresist™ is not a substitute for vaccines, masks, nor social distancing. It is another potential layer of personal protection to be used in addition to vaccines, masks, and social distancing. The vitamins zinc and Quercetin in the formulation are all considered safe and sold over the counter. The combination is recommended as a COVID "prophylaxis protocol" on the Eastern Virginia

Medical School website.[1]  COVIDresist™ dietary supplement[2] may be used before, during and/or after being vaccinated giving Consumers the opportunity to try safe and potentially effective nutraceuticals.  The zinc ionophore activity of quercetin has been demonstrated in NIH cited papers[3] and found to cause no harm in a clinical trial.[4]  A nutraceutical is a food containing potential health-giving additives and having medical benefits.  We provide you with a detailed description of the components and peer reviewed articles discussing each, as follows:

> **Vitamin C:** "The body also needs vitamin C to make collagen, a protein required to help wounds heal. In addition, vitamin C improves the absorption of iron from plant-based foods and helps the immune system work properly to protect the body from disease."https://ods.od.nih.gov/factsheets/VitaminC-Consumer/
>
> **Vitamin D:** "The rationale for using vitamin D is based largely on immunomodulatory effects that could potentially protect against COVID-19 infection or decrease the severity of illness."
> https://www.covid19treatmentguidelines.nih.gov/supplements/vitamin-d/
>
> **Vitamin K:** "Getting adequate amounts of vitamin K and vitamin D is essential for your health. But some sources claim that supplementing with vitamin D is harmful if you are low in vitamin K … One of vitamin D's main functions is to ensure adequate levels of calcium in your blood.  Vitamin K promotes calcium accumulation in your bones, while reducing its accumulation in soft tissues such as blood vessels."
> https://www.healthline.com/nutrition/vitamin-d-and-vitamin-k
>
> **Zinc:** "Zinc 30–50 mg/day (elemental zinc).  Zinc is essential for innate and adaptive immunity. In addition, Zinc inhibits RNA dependent RNA polymerase *in vitro* against SARS- CoV-2 virus."

---

[1] https://www.evms.edu/media/evms_public/departments/internal_medicine/Marik-Covid-Protocol-Summary.pdf.

[2]  Congress defined the term "dietary supplement" in the Dietary Supplement Health and Education Act (DSHEA) of 1994, under President Bill Clinton. A dietary supplement is a product taken by mouth that contains a "dietary ingredient" intended to supplement the diet. The "dietary ingredients" in these products may include: vitamins, minerals, herbs or other botanicals, amino acids, and substances such as enzymes, organ tissues, glandulars, and metabolites. Dietary supplements can also be extracts or concentrates, and may be found in many forms such as tablets, capsules, softgels, gelcaps, liquids, or powders.
https://www.fda.gov/food/information-consumers-using-dietary-supplements/questions-and-answers-dietary-supplements.

[3] https://pubmed.ncbi.nlm.nih.gov/25050823/.  Zinc Ionophore Activity of Quercetin and Epigallocatechin-gallate: From Hepa 1-6 Cells to a Liposome Model.  J. Agric. Food Chem. 2014, 62, 32, 8085–8093, July 22, 2014.

[4] The Study of Quadruple Therapy Zinc, Quercetin, Bromelain and Vitamin C on the Clinical Outcomes of Patients Infected With COVID-19,
https://clinicaltrials.gov/ct2/show/NCT04468139?term=zinc&cond=COVID19&draw=3&rank=6.

https://www.evms.edu/media/evms_public/departments/internal_medicine/Marik_Critical_Care_COVID-19_Protocol.pdf

**Quercetin:** "Quercetin has direct viricidal properties against a range of viruses, including SARS-CoV-2, and is a potent antioxidant and anti-inflammatory agent. In addition, quercetin acts as a zinc ionophore. It is likely that vitamin C and quercetin have synergistic prophylactic benefit."
https://www.evms.edu/media/evms_public/departments/internal_medicine/Marik_Critical_Care_COVID-19_Protocol.pdf

### Additional Articles and Research:

**How to make COVID vaccines more effective: give people vitamin and mineral supplements**.  If we're going to rely on COVID-19 vaccines to bring an end to the pandemic, we need to maximize their effects. But one thing that risks undermining their protectiveness is nutritional deficiency, particularly in the elderly.  https://theconversation.com/how-to-make-covid-vaccines-more-effective-give-people-vitamin-and-mineral-supplements-154974

**These Are the Vitamins You Need Before Your COVID Vaccine, Doctor Says**
"Supplemental nutrition is the most direct way to impact your immune health and function in the near term, and the following nutrients are essential as a part of your immune-boosting efforts," Andrew Myers, MD.  "The stronger an individual's immune system, the more responsive they are to a vaccine."
https://bestlifeonline.com/news-vitamins-covid-vaccine/

**"COVID-19: is there a role for immunonutrition, particularly in the over 65s?"** "Public health strategies to prevent the spread of this highly infective virus include social distancing, prevention of gatherings, wearing masks, and hand hygiene. The focus has not been on the immune system and foods that could help boost the immune system, write the researchers.
https://www.news-medical.net/news/20201126/Immunonutrition-may-improve-COVID-19-patients-recovery.aspx

**Do vitamin D, zinc, and other supplements help prevent COVID-19 or hasten healing?** "The appeal of safe, natural treatments is undeniable.  It's true for age-old conditions such as the common cold, and for new diseases, especially if they have no known cure.  So it makes sense that there would be a lot of interest in supplements for COVID-19, whether as prevention or treatment. (…) Indeed, zinc, melatonin, vitamin C, vitamin D, and other supplements have been commonly prescribed from the earliest days of the pandemic."
https://www.health.harvard.edu/blog/do-vitamin-d-zinc-and-other-supplements-help-prevent-covid-19-or-hasten-healing-2021040522310

In conclusion, our statements are supported with competent and reliable scientific evidence.  The products(s) we sell are clearly in compliance with the FTC, DSHEA, and FDA's regulations.  We have not made any false or misleading claims.  If you have a

4

substantive issue with any of our website, product labels, or other promotional materials, we respectfully request a written, detailed response before we begin officially launching our product for sale. If we do not receive a written response, we will trust that we are in compliance.

Best regards,

*Margrett L*

Margrett Lewis
CEO
707-266-3133