# Exhibit 2



Serena Viswanathan
Associate Director
Division of Advertising Practices

United States of America
FEDERAL TRADE COMMISSION
Washington, D.C. 20580

May 18, 2021

*VIA EMAIL TO* margrett.lewis@gmail.com
Margrett Lewis, CEO
Precision Patient Outcomes, Inc.
808 Gilman St.
Berkeley, CA 94710

Dear Ms. Lewis,

Thank you for your letter of May 5, 2021 to FTC Acting Chairwoman Rebecca Kelly Slaughter. In that letter, you stated that you are planning to launch a dietary supplement called COVIDresist that contains Vitamins C, D3, and K2, Zinc, and Quercetin, and invited us to review your website https://ppo-health.com. You also stated your belief that your marketing of this product is not in violation of the FTC Act, and requested a "written, detailed response" if the agency has "a substantive issue with any of our website, product labels, or other promotional materials." You concluded your letter by stating that if you did not receive a written response, you would trust that you are in compliance.

The FTC does not pre-review advertising materials to opine on their compliance with the FTC Act or any other applicable laws. It is the advertiser's sole responsibility to ensure compliance with truth-in-advertising laws and you should consult legal counsel if you seek an opinion on the legality of your advertising.

However, we can direct you to several resources the FTC has made publicly available to help marketers stay in compliance with the FTC Act. Our online business center[1] provides extensive information to marketers on numerous topics. In particular, we would draw your attention to *Dietary Supplements: An Advertising Guide for Industry*.[2] Notably, the *Guide* emphasizes the requirement for advertisers to have adequate scientific support for the health claims in their ads. In addition, we direct your attention to the FTC's Policy Statement on Deception,[3] which explains the framework the FTC uses to determine whether advertising is deceptive, including the manner

---

[1] Available at https://www.ftc.gov/tips-advice/business-center.
[2] Available at https://www.ftc.gov/system/files/documents/plain-language/bus09-dietary-supplements-advertising-guide-industry.pdf.
[3] Available at https://www.ftc.gov/system/files/documents/public_statements/410531/831014deceptionstmt.pdf.

Ms. Margrett Lewis
Precision Patient Outcomes, Inc.
May 18, 2021
Page 2

in which we evaluate the "net impression" of ads taking into account all visual, textual, and aural elements of an ad. We note that the trade name of a product would be considered as part of an ad's net impression in determining whether the advertising is deceptive.

For more specific information related to our efforts to protect consumers from deceptive claims about products claimed to prevent, treat, or cure coronavirus, we direct you to https://www.ftc.gov/coronavirus/enforcement. This page includes links to the roughly 400 warning letters we have sent to marketers of such products, as well as links to press releases announcing our formal enforcement actions. You will note that in our warning letters,[4] we advise marketers that it is unlawful to advertise that a product can prevent, treat, or cure human disease unless they possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made. We have sent numerous warning letters to marketers of supplements that include one or more of the same ingredients as your proposed COVIDresist supplement.

Recently, we took action against a chiropractor who allegedly claimed that vitamin D and zinc are scientifically proven to treat or prevent COVID-19.[5] This case was our first enforcement action under the recently-enacted COVID-19 Consumer Protection Act, Section 1401, Division FF, of the Consolidated Appropriations Act, 2021, P.L. 116-260. Pursuant to this law, marketers who make deceptive claims about the treatment cure, prevention, or mitigation of COVID-19 are subject to a civil penalty of up to $43,792 per violation and may be required to pay back money to consumers.

We appreciate your interest in remaining compliant with the FTC Act and encourage you to learn more about your legal responsibilities and consult with an attorney or other professional if you require further assistance.

Very truly yours,

*Serena Viswanathan*

Serena Viswanathan
Associate Director
Division of Advertising Practices

---

[4] *See* https://www.ftc.gov/coronavirus/enforcement/warning-letters.

[5] *See* FTC, "In First Action Under COVID-19 Consumer Protection Act, FTC Seeks Monetary Penalties for Deceptive Marketing of Purported Coronavirus Treatments" (Apr. 15, 2021), *available at* https://www.ftc.gov/news-events/press-releases/2021/04/first-action-under-covid-19-consumer-protection-act-ftc-seeks.