# Exhibit 3

Website ppolab.com - Virus resist page (captured on Sept. 28, 2021)

