# Exhibit 4

Facebook post on May 3, 2021 (captured July 12, 2021)

