# Exhibit 5

Website ppo-health.com - Cart page (captured on Oct. 4, 2021)



