# Exhibit 6

Website ppo-health.com – home page (captured on Oct. 4, 2021)





## WHY THESE FIVE INGREDIENTS?

These are legacy vitamins, each with a very well-known safety profile. Time tested by Doctors and Researchers. Approved by Moms and GrandMoms. We put our time and money into making a safe and useful vitamin supplement which can be used daily or when you need a little extra protection. We have custom blended these five ingredients into each capsule.



 **Vitamin C** is an essential nutrient and a potent antioxidant that is critical to immune-cell function.

 **Vitamin D** could potentially protect against COVID-19 infection and deficiencies have been linked to more serious infections. It's as essential as sunshine.

 **Vitamin K2** activates proteins in bones and blood vessels that bind calcium, making bones harder and blood vessels softer.

 **Zinc** is a broad-spectrum anti-viral which supports immune cell function and cell signaling but the molecules are large and therefore harder to get inside cell walls.

 **Quercetin** acts as an ionophore, transporting zinc inside cell walls. It's a naturally occurring dietary flavonoid that modulates the activity of numerous signaling and metabolic pathways.

## We Label With Transparency
### 3rd Party Independent Lab Tested

 

## Research & Studies
### We're committed to evidence-based products and cite our sources.

**Vitamin C:** "The body also needs vitamin C to make collagen, a protein required to help wounds heal. In addition, vitamin C improves the absorption of iron from plant-based foods and helps the immune system work properly to protect the body from disease."
https://ods.od.nih.gov/factsheets/VitaminC-Consumer/

**Vitamin D:** "The rationale for using vitamin D is based largely on immunomodulatory effects that could potentially protect against COVID-19 infection or decrease the severity of illness."
https://www.covid19treatmentguidelines.nih.gov/supplements/vitamin-d/

**Vitamin K:** "Getting adequate amounts of vitamin K and vitamin D is essential for your health. But some sources claim that supplementing with vitamin D is harmful if you are low in vitamin K...One of vitamin D's main functions is to ensure adequate levels of calcium in your blood. Vitamin K promotes calcium accumulation in your bones, while reducing its accumulation in soft tissues such as blood vessels."
https://www.healthline.com/nutrition/vitamin-d-and-vitamin-k

**Zinc:** "Zinc 30–50 mg/day (elemental zinc). Zinc is essential for innate and adaptive immunity. In addition, Zinc inhibits RNA dependent RNA polymerase *in vitro* against SARS- CoV-2 virus."
https://www.evms.edu/media/evms_public/departments/internal_medicine/Marik_Critical_Care_COVID-19_Protocol.pdf

**Quercetin:** "Quercetin has direct viricidal properties against a range of viruses, including SARS-CoV-2, and is a potent antioxidant and anti-inflammatory agent. In addition, quercetin acts as a zinc ionophore. It is likely that vitamin C and quercetin have synergistic prophylactic benefit."
https://www.evms.edu/media/evms_public/departments/internal_medicine/Marik_Critical_Care_COVID-19_Protocol.pdf

OUR RESEARCH

17



