# Exhibit 7

Website ppo-health.com - About Us page (captured on Oct. 4, 2021)



## About Us

Keeping people healthy has been a priority to us for over five years. We understand how it feels to worry about developing some tools to prepare for post-pandemic life.

There is a dearth of research and information on what supplements would assist the immune system for respiratory diseases, including COVID. There is, however, evidence that suggests the supplements in the Marik COVID-19 Prophylaxis Protocol (Quercetin, Zinc, Vitamin D and Vitamin C) [1] may act synergistically against respiratory viruses, including COVID [2][3][4].