# Exhibit 8

Website ppo-health.com – Our Research page (captured on Oct. 4, 2021)



## Our Research

### Research

We are committed to evidence-based products and cite our sources for you to review.

We have broken up our research into three different segments:

1. The first provides a foundation for the reasoning behind why we chose our ingredients .
2. The second discusses why you should still take the COVID resist supplement despite getting vaccinated.
3. The third goes into how Americans have been impacted by anxiety and mental health issues during the pandemic, and how COVID resist can help alleviate some of the concerns about returning to post pandemic life.

### Section 1:

### The foundation of our reasoning



### How to make COVID vaccines more effective: give people vitamin and mineral supplements

**Nutritional deficiencies may undermine protectiveness**

"If we're going to rely on COVID-19 vaccines to bring an end to the pandemic, we need to maximize their effects. But one thing that risks undermining their protectiveness is nutritional deficiency, particularly in the elderly."



Link: https://theconversation.com/how-to-make-covid-vaccines-more-effective-give-people-vitamin-and-mineral-supplements-154974



"The following "cocktail" may have a role in the prevention/mitigation of COVID-19 disease. This cocktail is inexpensive, safe, and widely available"

"Vitamin D3 2000-4000 iu/day

Vitamin C 500 mg (twice daily)

Quercetin 250-500 mg (twice daily)

Zinc (maintenance dose) (...) 30-50 mg/day."

*Marik Protocol: Eastern Virginia Medical School*

Link: https://secureservercdn.net/192.169.220.85/62t.653.myftpupload.com/wp-content/uploads/2021/04/EVMS_Critical_Care_COVID-19_Protocol-1.pdf

## Zinc, Vitamin D and Vitamin C: Perspectives for COVID-19 With a Focus on Physical Tissue Barrier Integrity



"Some nutrients play key roles in maintaining the integrity and function of the immune system, presenting synergistic actions in steps determinant for the immune response. Among these elements, zinc and vitamins C and D stand out for having immunomodulatory functions and for playing roles in preserving physical tissue barriers.(...) Thus, during the COVID-19 pandemic, the adequate intake of zinc and vitamins C and D may represent a promising pharmacological tool due to the high demand for these nutrients in the case of contact with the virus and onset of the inflammatory process. Ongoing clinical trials will help to clarify the role of these nutrients for COVID-19 management."

Link: https://www.frontiersin.org/articles/10.3389/fnut.2020.606398/full

## Zinc Ionophore Activity of Quesrcetin and Epigallocatechin- gallate: From Hepa 1-6 Cells to a Lipsome Model



"A tiny fraction of total intracellular zinc that is loosely bound to proteins and easily interchangeable - modulates the activity of numerous signaling and metabolic pathways. Dietary plant polyphenols such as the flavonoids quercetin and epigallocatechin-gallate act as antioxidants and as signaling molecules. Remarkably, the activities of numerous enzymes that are targeted by polyphenols are dependent on zinc. We have previously shown that these polyphenols chelate zinc cations and hypothesized that these flavonoids might be also acting as zinc ionophores, transporting zinc cations through the plasma membrane."

Link: https://www.researchgate.net/publication/264127362_

### Dr. Fauci: 3 everyday things you can do to help boost your immune system

"Here are certain practices that we know can help end the COVID-19 pandemic, like wearing a mask, washing your hands and avoiding people. And when it comes to your individual health, there are habits that can help your immune system function at its best, according to leading infectious disease expert Dr. Anthony Fauci.

Fauci previously said that for those who have vitamin D deficiency, taking supplements can reduce susceptibility to infection (and Fauci himself takes vitamin D) and that vitamin C is good antioxidant. But Fauci has stressed that supplements are not a silver bullet or a replacement for things like social distancing or wearing a mask."



Link: https://www.cnbc.com/2020/09/18/dr-fauci-how-to-help-keep-your-immune-system-healthy.html



## Section 2:

How does COVIDresist™ help support your immune system?



### These Are the Vitamins You Need Before Your COVID Vaccine, Doctor Says

"Supplemental nutrition is the most direct way to impact your immune health and function in the near term, and the following nutrients are essential as a part of your immune-boosting efforts," Andrew Myers, MD. "The stronger an individual's immune system, the more responsive they are to a vaccine."



Link: https://bestlifeonline.com/news-vitamins-covid-vaccine/

## Section 3:

Why COVIDresist™ can relieve stress and anxiety in post pandemic life.




### "COVID-19: is there a role for immunonutrition, particularly in the over 65s?"

"Public health strategies to prevent the spread of this highly infective virus include social distancing, prevention of gatherings, wearing masks, and hand hygiene. The focus has not been on the immune system and foods that could help boost the immune system, write the researchers.

The research duo feels that public health strategies should also focus on immunonutrition as a form of prehabilitation to prevent the spread of the infection, boost recoveries and reduce the burden on the healthcare systems due to an increase in hospital admissions."



Link: https://www.news-medical.net/news/20201126/Immunonutrition-may-improve-COVID-19-patients-recovery.aspx

### Do vitamin D, zinc, and other supplements help prevent COVID-19 or hasten healing?

"The appeal of safe, natural treatments is undeniable. It's true for age-old conditions such as the common cold, and for new diseases, especially if they have no known cure. So it makes sense that there would be a lot of interest in supplements for COVID-19, whether as prevention or treatment.

Indeed, zinc, melatonin, vitamin C, vitamin D, and other supplements have been commonly prescribed from the earliest days of the pandemic."



Link: https://www.health.harvard.edu/blog/do-vitamin-d-zinc-and-other-supplements-help-prevent-covid-19-or-hasten-healing-2021040522310

### Coping with Stress

The COVID-19 pandemic has had a major effect on our lives. Many of us are facing challenges that can be stressful, overwhelming, and cause strong emotions in adults and children. Public health actions, such as social distancing, are necessary to reduce the spread of COVID-19, but they can make us feel isolated and lonely and can increase stress and anxiety. **Learning to cope with stress in a healthy way will make you, the people you care about, and those around you become more resilient.**



Link: https://www.frontiersin.org/articles/10.3389/fnut.2020.606398/full



PPO-Health & Wellness

**Address**
808 Gilman St
Berkeley, CA 94710

**Phone**
707-266-3133

Home
Buy Now
Research
About Us
My account

**Follow Us**

**Email**
productspecialist@ppo-health.com

26