# Exhibit 9

Website ppolab.com -Virus Resist page (captured on Oct. 4, 2021)



## VIRUS RESIST™ DAILY MULTIVITAMIN FOR IMMUNE SUPPORT

A 30-day supply of VIRUS resist™ Immune Support Multivitamins: a convenient daily supply of immune supporting vitamins.

$29.95

[ - ]  1  [ + ]   [ Add To Cart ]

### Benefits

  

> Ingredients

> Why You Need This

∨ Details & How to Use

As a dietary supplement, take two a day with or without food. You take can take them once in the AM and once in the PM or take two together, once daily.

"A dose of this formula a day keeps viruses away"...and their variants. Take COVID resist™ daily or for pre-exposure prophylaxis (PrEP), post exposure prophylaxis (PEP), or as a therapeutic.

> FAQs

