# Exhibit 10

Website ppolab.com -Virus Resist page (captured on Oct. 4, 2021)

## OUR RESEARCH



A Medical Protocol Published In 2020 By The Eastern Virginia Medical School, Showed That A Powerful Cocktail Of Over The Counter Vitamins Could Significantly Reduce The Mortality And Severity Of Illness From COVID-19.[1] Our Formula Follows The Same Recipe That This Protocol Dictates. We Have Reduced The Amount Of Zinc, And Eliminated Melatonin From Our Formula To Prevent Stomach Upset And Fatigue.

Read More