# Exhibit 11

Website ppolab.com -Virus Resist page (captured on Oct. 4, 2021)

     

VEGAN · GLUTEN FREE · NON-GMO · ALL-NATURAL · NSF CERTIFIED · MADE IN THE USA

## OUR EDGE

**Powerful 500mg Dose of Quercetin**
Quercetin is an ionophore that helps your body move Zinc ions into cells, boosting your immune response to viral infections.*

**Independent Lab Verified**
Our capsules are tested by 3rd party, independent labs to ensure the quality and purity of our ingredients.

**We Use a Superior Zinc Compound**
Our formula contain Zinc Bisglycinate instead of Zinc Picolinate because it is easier on the stomach and has higher bioavailability.*

**Vitamin K and D at a One-to-One Ratio**
Our research shows that Vitamin K and Vitamin D at a one-to-one ratio increases the absorption of Vitamin D into your bones to make it more bioavailable.

**Proprietary Immune-Boosting Blend**
Our proprietary blend of Vitamins C, D, K, Zinc, and Quercetin is formulated based on data from clinical studies. See below for more information.

