# Exhibit 12

Website ppolab.com - home page (captured on Oct. 4, 2021)

## WHY OUR INGREDIENTS

**Vitamin C** is an essential nutrient and a potent antioxidant that is critical to immune-cell function.

**Vitamin D** could potentially protect against COVID-19 infection and deficiencies have been linked to more serious infections. It's as essential as sunshine.

**Vitamin K2** activates proteins in bones and blood vessels that bind calcium, making bones harder and blood vessels softer. It increases bioavailability of Vitamin D over longer periods of time.

**Zinc** is a broad-spectrum anti-viral which supports immune cell function and cell signaling but the molecules are large and therefore harder to get inside cell walls.

**Quercetin** acts as an ionophore, transporting zinc inside cell walls. It's a naturally occurring dietary flavonoid that modulates the activity of numerous signaling and metabolic pathways.

