# Exhibit 13

Facebook cover page (captured on Jan. 7, 2022)

