# Exhibit 14

Facebook post on May 4, 2021 (captured on Jan. 7, 2022)

