# Exhibit 15

Facebook video post on Aug. 27, 2021 (captured on Jan. 10, 2022)

