# Exhibit 16

Facebook video post on Aug. 27, 2021 (captured on Jan. 19, 2022)[1]



"Our Virus Resist is a boost to your immune system … Take your vitamins, because vitamins keep viruses away. So, vitamins are your best way to keep it away. Keep your immune [sic] strong. … #VirusResist #immunebooster."

---

[1] The personal information of the commentor has been redacted to protect the individual's privacy.