# Exhibit 17

Instagram post on Nov. 8, 2021 (captured on Jan. 10, 2022)

