# Exhibit 18

Instagram post on Nov. 9, 2021 (captured on Jan. 10, 2022)



In the video, Rogan asks Dr. Mark Gordon, "If you're going to put someone on a preventative protocol for COVID, you would recommend Quercetin… at what dose?"