# Exhibit 19

Facebook post on Nov. 12, 2021 (captured on Jan. 19, 2022)



> In the video, a guest on the Joe Rogan show is seen saying, "In Indonesia… almost one hundred percent… of patients that die with COVID-19 were Vitamin D deficient. Only four percent were Vitamin D sufficient."