UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION PATIENT OUTCOMES, INC., et al.,<br><br>Defendants. | Case No. 22-cv-07307-AMO<br><br>**ORDER OF RECUSAL**<br><br>Re: Dkt. No. 54 |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, to avoid even the appearance of partiality in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: July 26, 2023

_____
ARACELI MARTINEZ-OLGUIN
United States District Judge