UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 22-cv-07307-HSG |
|---|---|
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| PRECISION PATIENT OUTCOMES, INC., et al., | |
| Defendants. | |

This case was reassigned to the undersigned and the hearing and trial dates were vacated. Having reviewed the prior schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Dispositive Motion Hearing Deadline | March 21, 2024, at 2:00 p.m. |
| Pretrial Conference | June 25, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | July 29, 2024, at 8:30 a.m. |

As noted in the reassignment order, all other deadlines remain the same, and the pending motion must be re-noticed for hearing. These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   8/1/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge