FREDRICK A. HAGEN (Cal. Bar No. 196220)
Berding & Weil LLP
2175 N. California Blvd., Suite 500
Walnut Creek, CA 94596
fhagen@berdingweil.com
Tel: (925) 963-6796

JOHN J. VECCHIONE (appearance *pro hac vice*)
KARA M. ROLLINS (appearance *pro hac vice*)
KATHERINE "CASEY" NORMAN (appearance *pro hac vice*)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
john.vecchione@ncla.legal, kara.rollins@ncla.legal, casey.norman@ncla.legal
Tel: (202) 869-5210
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>PRECISION PATIENT OUTCOMES, INC.,<br>　　a corporation; and<br><br>MARGRETT PRIEST LEWIS,<br>　　individually and as CEO of Precision<br>　　Patient Outcomes, Inc.,<br><br>　　Defendants. | Case No. 4:22-cv-7307-HSG<br><br>**THIRD STIPULATED REQUEST AND ORDER FOR AMENDED CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Federal Trade Commission ("FTC") and Defendants Precision Patient Outcomes, Inc. ("PPO") and Margrett Priest Lewis ("Lewis") (collectively, the "Parties") by and through their counsel hereby stipulate as follows:

## RECITALS

WHEREAS, on July 11, 2023, the Court set the following case schedule:

- November 16, 2023: Last day to exchange opening expert reports
- December 13, 2023: Last day to exchange rebuttal expert reports
- January 4, 2024: Reply expert reports
- November 10, 2023: Close of fact discovery
- January 19, 2024: Close of expert discovery
- March 21, 2024: Last day to hear dispositive motion hearing
- June 27, 2024: Final pretrial conference
- July 9, 2024: Jury trial

WHEREAS, after the current Judge was assigned this case certain of those dates were amended by Scheduling order at ECF 66 as follows:

- Dispositive Motion Hearing Deadline: March 21, 2024 at 2 P.M.
- Pretrial Conference: June 25, 2024 at 3 P.M.
- Jury Trial (4 days): July 29, 2024 at 8:30 A.M.

WHEREAS, the Parties have discovery disputes that will need to be resolved through the meet and confer process as well as through Court intervention prior to the close of fact discovery. Specifically, Defendants have indicated that they intend to file a motion for protective order regarding the examination of Defendant Lewis at her deposition and the production of documents concerning her financial ability to pay civil penalties. Defendants have indicated that they intend to make those filings by early October.

WHEREAS, the Plaintiff's Motion To Strike Affirmative Defenses is scheduled to be heard by the Court on October 26, 2023. The outcome of that motion may impact the scope of discovery in this matter.

WHEREAS, the depositions of Defendants Lewis and PPO, previously scheduled for

September 25th and 26th, have been postponed to provide time for Defendants to file their motion for protective order and for Plaintiff to have sufficient time to review Defendants' recently produced documents.

WHEREAS, Defendants' have represented that they will be absent and unavailable for deposition during the month of October and early November due to Defendant Lewis's travel abroad from September 28 through November 17, 2023.

WHEREAS, the parties believe that it is in the interest of efficiency and orderly case management to amend the case schedule as set forth in this Stipulated Request.

WHEREAS, the schedule proposed in this Stipulated Request would have the effect of extending the fact and expert discovery cut offs, and interim deadlines, by 20 to 35 days and continuing the last day to hear dispositive motions by approximately 7 days. The dates for the final pretrial conference and trial remain the same.

WHEREAS, the schedule proposed in the Second Stipulated Request were not in accord with the Court's own schedule as related during the scheduling conference on October 10, 2023.

**STIPULATION**

THEREFORE, THE PARTIES HEREBY STIPULATE and request for the Court to enter an order amending the case schedule as follows:

- December 15, 2023: Last day to exchange opening expert reports
- January 12, 2024: Last day to exchange rebuttal expert reports
- January 26, 2024: Last day to exchange reply expert reports
- December 15, 2023: Close of fact discovery
- February 9, 2024: Close of expert discovery
- March 28, 2024: Last day to hear dispositive motions
- June 25, 2024: Final pretrial conference
- July 29, 2024: Jury trial

THIRD STIPULATED REQUEST AND ORDER FOR AMENDED CASE SCHEDULE
CASE NO. 4:22-cv-7307-HSG

Dated: October 17, 2023

Respectfully Submitted,

 /s/ John J. Vecchione
JOHN J. VECCHIONE
KARA M. ROLLINS
CASEY B. NORMAN
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
Tel.: (202) 918-6902


FREDRICK A. HAGEN (Cal. Bar No. 196220)
Berding & Weil LLP
2175 N. California Blvd., Suite 500
Walnut Creek, CA 94596
fhagen@berdingweil.com
Tel.: (925) 963-6796

Attorneys for Defendants
PRECISION PATIENT OUTCOMES, INC.
AND MARGRETT PRIEST LEWIS

Pursuant to Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from the other signatory.

Dated: October 17, 2023

 /s/ Abdiel Lewis
ABDIEL T. LEWIS
EVAN ROSE
MICHAEL A. NARANJO
SAMANTHA BENNETT
Federal Trade Commission
Western Region San Francisco
90 7th St., Suite 14-300
San Francisco, CA 94103
Tel.: (415) 848-5100

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 10/18/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA