ABDIEL T. LEWIS (Cal. Bar No. 339339)
EVAN ROSE (Cal. Bar No. 253478)
MICHAEL A. NARANJO (Cal. Bar No. 221449)
SAMANTHA BENNETT (NY Bar No. 5132063)
Federal Trade Commission
Western Region San Francisco
90 7th St., Suite 14-300
San Francisco, CA 94103
alewis4@ftc.gov, erose@ftc.gov, mnaranjo@ftc.gov, sbennett@ftc.gov
Tel.: (415) 848-5100

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 4:22-cv-7307-HSG |
| Plaintiff, | |
| v. | **STIPULATED REQUEST AND ORDER TO PROCEED WITH THE OCTOBER 26, 2023 HEARING ON THE MOTION TO STRIKE PURSUANT TO PARAGRAPH 10 OF THE COURT'S STANDING ORDER** |
| PRECISION PATIENT OUTCOMES, INC., a corporation; and | |
| MARGRETT PRIEST LEWIS, individually and as CEO of Precision Patient Outcomes, Inc., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-12 and paragraph 10 of the Court's Standing Order for Civil Cases, Plaintiff Federal Trade Commission ("FTC") and Defendants Precision Patient Outcomes, Inc. ("PPO") and Margrett Priest Lewis ("Lewis") (collectively, the "Parties") by and through their counsel hereby stipulate as follows:

## RECITALS

WHEREAS, the Court had scheduled argument on the Motion to Strike [Dkt. #50] for hearing on October 26, 2023.

WHEREAS, the Court vacated the hearing date on the Motion to Strike by text order on October 23, 2023 [Dkt. #84].

WHEREAS, paragraph 10 of the Court's Standing Order provides that if "any party advises the Court in writing by no later than two days from the date of the order vacating the hearing that the argument for its side will be conducted by a lawyer who has been licensed to practice law for five or fewer years, then the Court will consider rescheduling the hearing in order to provide that opportunity."

WHEREAS, counsel that will be arguing the Motion to Strike on behalf of Plaintiff and Defendants have been licensed for five or fewer years and would like the opportunity to argue the hearing.

WHEREAS, counsel for the Defendants are located in Washington, D.C. and have scheduled travel for the Motion to Strike hearing that was set for October 26, 2023.

## STIPULATION

THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request for the Court to proceed with the Motion to Strike hearing on Thursday, October 26, 2023, at 2 p.m., or at such other time which is convenient for the Court.

Dated: October 23, 2023                    Respectfully Submitted,


                                            /s/ *Abdiel T. Lewis*
                                           ABDIEL T. LEWIS
                                           EVAN ROSE

1  MICHAEL A. NARANJO
   SAMANTHA BENNETT
2  Federal Trade Commission
   Western Region San Francisco
3  90 7th St., Suite 14-300
   San Francisco, CA 94103
4  Tel.: (415) 848-5100

5  Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION

6

7       Pursuant to Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the

8  document has been obtained from the other signatory.

9

10  Dated: October 23, 2023          _/s/ John J. Vecchione_____
                                     JOHN J. VECCHIONE
11                                   KARA M. ROLLINS
                                     CASEY B. NORMAN
12                                   New Civil Liberties Alliance
                                     1225 19th St. NW, Suite 450
13                                   Washington, DC 20036
                                     Tel.: (202) 918-6902
14

15

16                                   FREDRICK A. HAGEN (Cal. Bar No. 196220)
                                     Berding & Weil LLP
17                                   2175 N. California Blvd., Suite 500
                                     Walnut Creek, CA 94596
18                                   fhagen@berdingweil.com
                                     Tel.: (925) 963-6796
19

20                                   Attorneys for Defendants
                                     PRECISION PATIENT OUTCOMES, INC. AND
21                                   MARGRETT PRIEST LEWIS

22

23

24

25

26

27

28

STIPULATED REQUEST AND ORDER TO PROCEED WITH MOTION TO STRIKE HEARING
CASE NO. 4:22-cv-7307-HSG

1   **PURSUANT TO STIPULATION, IT IS ORDERED THAT** the hearing on Plaintiff's

2   Motion to Strike, which was previously vacated, shall be re-set for hearing on Thursday, October

3   26, 2023, at 2:00 p.m.

4

5   Dated:  10/24/2023



6   HONORABLE                    M. JR.

7   UNITED S

    NORTHER                      NIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND ORDER TO PROCEED WITH MOTION TO STRIKE HEARING
CASE NO. 4:22-cv-7307-HSG