ABDIEL T. LEWIS (Cal. Bar No. 339339)
EVAN ROSE (Cal. Bar No. 253478)
MICHAEL A. NARANJO (Cal. Bar No. 221449)
SAMANTHA BENNETT (NY Bar No. 5132063)
Federal Trade Commission
Western Region San Francisco
90 7th St., Suite 14-300
San Francisco, CA 94103
alewis4@ftc.gov, erose@ftc.gov, mnaranjo@ftc.gov, sbennett@ftc.gov
Tel.: (415) 848-5100

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PRECISION PATIENT OUTCOMES, INC.,<br>    a corporation; and<br><br>MARGRETT PRIEST LEWIS,<br>    individually and as CEO of Precision<br>    Patient Outcomes, Inc.,<br><br>    Defendants. | Case No. 4:22-cv-7307-HSG<br><br>**STIPULATION AND ORDER REGARDING EVIDENCE OF DEFENDANTS' WEBSITES AND SOCIAL MEDIA ACCOUNTS FOR DEPOSITIONS, SUMMARY JUDGMENT, TRIAL AND OTHER PROCEEDINGS** |

Pursuant to Civil Local Rule 7-12, Plaintiff Federal Trade Commission ("FTC") and Defendants Precision Patient Outcomes, Inc. ("PPO") and Margrett Priest Lewis ("Lewis")[1] (collectively, the "Parties") by and through their counsel hereby stipulate as follows:

## RECITALS

WHEREAS, the Parties wish to enter into this stipulation to avoid disputes as to the authenticity and admissibility of certain documents to promote the orderly and efficient introduction of evidence for purposes of depositions, summary judgment, trial, and other proceedings in this matter.

WHEREAS, the Parties also wish to enter into this stipulation to help limit potential discovery disputes and discovery motions practice.

## STIPULATION

THEREFORE, THE PARTIES HEREBY STIPULATE and request for the Court to enter an order as follows:

1. For purposes of all proceedings in this matter, Defendants stipulate to the authenticity and admissibility of the following documents:

| FAC Exhibit | Bates No. | Description |
|---|---|---|
| 3 | FTCPPO-0010911, FTCPPO-0017923 | Screen capture of ppolab.com's product page for Virus Resist (captured Sept. 28, 2021) |
| 4 | FTCPPO-0008104 | Screen capture of May 3, 2021 Facebook post by PPO (captured July 12, 2021) |
| 5 | FTCPPO-0010950 – FTCPPO-0017091 | Screen capture of ppo-health.com's "Cart" page (captured Oct. 4, 2021) |
| 6 | FTCPPO-0010950 – FTCPPO-0017091 | Screen capture of ppo-health.com's home page (captured Oct. 4, 2021) |

---

[1] Defendants PPO and Lewis are collectively referred to herein as the "Defendants".

STIPULATION AND ORDER RE EVIDENCE OF WEBSITES AND SOCIAL MEDIA ACCOUNTS
CASE NO. 4:22-cv-7307-HSG

| FAC Exhibit | Bates No. | Description |
|---|---|---|
| 7 | FTCPPO-0010950 – FTCPPO-0017091 | Screen capture of ppo-health.com's "About Us" page (captured Oct. 4, 2021) |
| 8 | FTCPPO-0010950 – FTCPPO-0017091 | Screen capture of ppo-health.com's "Our Research" page (captured Oct. 4, 2021) |
| 9 | FTCPPO-0017092 – FTCPPO-0017906 | Screen capture of ppolab.com's product page for Virus Resist (captured Oct. 4, 2021) |
| 10 | FTCPPO-0017092 – FTCPPO-0017906 | Screen capture of ppolab.com's product page for Virus Resist (captured Oct. 4, 2021) |
| 11 | FTCPPO-0017092 – FTCPPO-0017906 | Screen capture of ppolab.com's product page for Virus Resist (captured Oct. 4, 2021) |
| 12 | FTCPPO-0017092 – FTCPPO-0017906 | Screen capture of ppolab.com's home page (captured Oct. 4, 2021) |
| 13 | FTCPPO-0019888 | Screen capture of PPO's Facebook cover page (captured Jan. 7, 2022) |
| 14 | FTCPPO-0008106, FTCPPO-0008128 | Screen capture of May 4, 2021 Facebook post by PPO (captured Jan. 7, 2022) |
| 15 | Capture – FTCPPO-0008129 Video – FTCPPO-0001006 | Screen capture and video of Aug. 27, 2021 Facebook post by PPO (captured Jan. 10, 2022) |
| 16 | Capture – FTCPPO-0008130 Video – FTCPPO-0008122 | Screen capture and video of Aug. 27, 2021 Facebook post by PPO (captured Jan. 19, 2022) |

STIPULATION AND ORDER RE EVIDENCE OF WEBSITES AND SOCIAL MEDIA ACCOUNTS
CASE NO. 4:22-cv-7307-HSG

| FAC Exhibit | Bates No. | Description |
|---|---|---|
| 17 | FTCPPO-0019889 | Screen capture of Nov. 9, 2021 Instagram post by PPO (captured Jan. 10, 2022) |
| 18 | FTCPPO-0019890 | Screen capture of Nov. 9, 2021 Instagram post by PPO (captured Jan. 10, 2022) |

| **Discovery Production** ||
|---|---|
| Bates No. | Description |
| FTCPPO-0008131 | Screen capture of Nov. 12, 2021 Facebook post by PPO (captured Jan. 19, 2022) |
| FTCPPO-0008114 | Screen capture of PPO's Instagram main page (captured July 12, 2021) |
| FTCPPO-0010940 | Screen capture of COVID Resist post on Lewis's personal Facebook page (captured July 12, 2021) |
| FTCPPO-0008123 | Screen capture of ppolab.com's "Meet Our Team" page (captured Feb. 15, 2022) |
| FTCPPO-0010874 | Screen capture of ppolab.com's product page for VIRUS Resist (captured Sept. 28, 2021) |
| FTCPPO-0008126 | Screen capture of ppolab.com's product page for VIRUS Resist (captured Feb. 15, 2022) |

2. Defendants admit that the documents identified in the tables in paragraph 1 above reflect true and correct captures of their websites and/or social media, including video captures, and stipulate to the accuracy of descriptions of the documents provided above, including the dates of capture.

3. Defendants shall not object to the authenticity or admissibility of the documents identified in paragraph 1 above during depositions, motions practice, trial, or any other proceeding in this matter.

4. The Parties stipulate that, absent the introduction of admissible evidence to the contrary, each of the documents identified in paragraph 1 above reflect true and correct images and/or videos of Defendants' websites or social media as they appeared from the date of the capture identified in the description through no later than July 20, 2022, with the exception of FAC Exhibits 5, 6, 7, and 8 (captured from PPO-health.com) which appeared through no later than March 20, 2022.  Nothing herein prohibits either Party from proposing the introduction of admissible evidence of Defendants' websites and/or social media as they appeared after or before July 20, 2022.

5. The Parties agree to cooperate concerning potential further stipulations as to the authenticity and admissibility of additional captures of Defendants' websites and social media that may be later discovered in the course of discovery.

Dated: November 8, 2023                    Respectfully Submitted,


                                            /s/ *Abdiel Lewis*
                                           ABDIEL T. LEWIS
                                           EVAN ROSE
                                           MICHAEL A. NARANJO
                                           SAMANTHA BENNETT
                                           Federal Trade Commission
                                           Western Region San Francisco
                                           90 7th St., Suite 14-300
                                           San Francisco, CA 94103
                                           Tel.: (415) 848-5100

                                           Attorneys for Plaintiff
                                           FEDERAL TRADE COMMISSION


Pursuant to Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from the other signatory.


Dated: November 8, 2023                     /s/ *John J. Vecchione*
                                           JOHN J. VECCHIONE
                                           KARA M. ROLLINS
                                           CASEY B. NORMAN
                                           New Civil Liberties Alliance

STIPULATION AND ORDER RE EVIDENCE OF WEBSITES AND SOCIAL MEDIA ACCOUNTS
CASE NO. 4:22-cv-7307-HSG

1  
2  |  1225 19th St. NW, Suite 450  
Washington, DC 20036  
Tel.: (202) 918-6902

3  
4  |  FREDRICK A. HAGEN (Cal. Bar No. 196220)  
Berding & Weil LLP  
5  |  2175 N. California Blvd., Suite 500  
Walnut Creek, CA 94596  
6  |  fhagen@berdingweil.com  
Tel.: (925) 963-6796

7  
8  |  Attorneys for Defendants  
PRECISION PATIENT OUTCOMES, INC. AND  
9  |  MARGRETT PRIEST LEWIS

10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

STIPULATION AND ORDER RE EVIDENCE OF WEBSITES AND SOCIAL MEDIA ACCOUNTS  
CASE NO. 4:22-cv-7307-HSG

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 11/14/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA