1
2
3
4
5
6

ABDIEL T. LEWIS (Cal. Bar No. 339339)
EVAN ROSE (Cal. Bar No. 253478)
MICHAEL A. NARANJO (Cal. Bar No. 221449)
SAMANTHA BENNETT (NY Bar No. 5132063)
Federal Trade Commission
Western Region San Francisco
90 7th St., Suite 14-300
San Francisco, CA 94103
alewis4@ftc.gov, erose@ftc.gov, mnaranjo@ftc.gov, sbennett@ftc.gov
Tel.: (415) 848-5100

7
8

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

11
12
13
14
15
16
17
18
19
20

FEDERAL TRADE COMMISSION,

      Plaintiff,

           v.

PRECISION PATIENT OUTCOMES, INC.,
      a corporation; and

MARGRETT PRIEST LEWIS,
      individually and as CEO of Precision
      Patient Outcomes, Inc.,

      Defendants.

Case No. 4:22-cv-7307-HSG

**STIPULATED REQUEST AND
ORDER FOR STAY OF
PROCEEDINGS PENDING
FINALIZATION OF
SETTLEMENT TERMS**

21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Federal Trade Commission ("FTC") and Defendants Precision Patient Outcomes, Inc. ("PPO") and Margrett Priest Lewis ("Lewis") (collectively, the "Parties") by and through their counsel hereby stipulate to and request a 30-day stay of the proceedings and deadlines in this action pending finalization of settlement terms through December 30, 2023. The facts underlying this request are as follows:

## RECITALS

WHEREAS, the Parties have reached an agreement in principle regarding the key terms of a settlement, including the core injunctive relief provisions.

WHEREAS, fact discovery is ongoing and is scheduled to close on December 15, 2023.

WHEREAS, the Parties request a brief 30-day stay of all proceedings and deadlines in this action, including the close of fact discovery, in order to permit the parties to finalize the remaining terms of a settlement.

WHEREAS, the Parties intend to report to the Court no later than December 14, 2023, regarding whether the complete terms of a settlement have been finalized and whether the Parties will need an extension or other modification of the stay (including, for example, extending the stay to permit the FTC's Commissioners to review and vote on the settlement).

WHEREAS, the brief requested stay to finalize settlement terms is in the best interest of the Parties and judicial economy in light of the significant activity and expense in the case due to the upcoming fact and expert discovery deadlines.

WHEREAS, if the Court is not inclined to grant the requested stay, the Parties stipulate and respectfully request that the Court extend the fact and expert discovery deadlines by 14 days, to December 29, 2023 and February 23, 2024, respectively.

WHEREAS, the parties do not seek to alter the trial date through this stipulation, and the trial date would not be affected.

## STIPULATION

THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request for the Court to stay all proceedings and deadlines in this action through December 30, 2023. The Parties shall report to the Court no later than December 14, 2023, regarding whether the terms of

a settlement have been finalized and whether the Parties will need an extension or other modification of the stay.

Dated: November 30, 2023                    Respectfully Submitted,


                                             /s/ *Abdiel Lewis*
                                            ABDIEL T. LEWIS
                                            EVAN ROSE
                                            MICHAEL A. NARANJO
                                            SAMANTHA BENNETT
                                            Federal Trade Commission
                                            Western Region San Francisco
                                            90 7th St., Suite 14-300
                                            San Francisco, CA 94103
                                            Tel.: (415) 848-5100

                                            Attorneys for Plaintiff
                                            FEDERAL TRADE COMMISSION


        Pursuant to Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from the other signatory.

Dated: November 30, 2023                     /s/ *John J. Vecchione*
                                            JOHN J. VECCHIONE
                                            KARA M. ROLLINS
                                            CASEY B. NORMAN
                                            New Civil Liberties Alliance
                                            1225 19th St. NW, Suite 450
                                            Washington, DC 20036
                                            Tel.: (202) 918-6902


                                            FREDRICK A. HAGEN (Cal. Bar No. 196220)
                                            Berding & Weil LLP
                                            2175 N. California Blvd., Suite 500
                                            Walnut Creek, CA 94596
                                            fhagen@berdingweil.com
                                            Tel.: (925) 963-6796

                                            Attorneys for Defendants
                                            PRECISION PATIENT OUTCOMES, INC. AND
                                            MARGRETT PRIEST LEWIS

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2

3    Dated: 11/30/2023

4    HONORABLE HAYWOOD S. GILLIAM, JR.
     UNITED STATES DISTRICT JUDGE
5    NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REQUEST AND ORDER FOR STAY OF
PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT TERMS
CASE NO. 4:22-cv-7307-HSG